**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ARMIK MARKARIAN,

               Petitioner - Appellant,

  v.

JAMES YATES; et al.,

               Respondents - Appellees.

No. 07-16290

D.C. No. CV-07-00162-LJO

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

    California state prisoner Armik Markarian appeals pro se from the district

court's judgment summarily dismissing his 28 U.S.C. § 2254 habeas petition.

Markarian challenges, among other things, the California Board of Parole

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Hearings' 2005 decision to deny him parole. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Because Markarian challenges the district court's final order in a habeas proceeding, a certificate of appealability ("COA") is required before an appeal may be taken. *See* 28 U.S.C. § 2253(c); *Hayward v. Marshall*, 603 F.3d 546, 554 (9th Cir. 2010) (en banc).[1] In his briefing on appeal, Markarian raises arguments that were not presented to the district court. We construe this briefing as a motion to issue a COA. So construed, the motion is denied. *See* 9th Cir. R. 22-1; *see also Young v. Runnels*, 435 F.3d 1038, 1044 (9th Cir. 2006) ("Assuming *arguendo* that the Certificate of Appealability encompasses this claim, Young has waived it by failing to raise it before the District Court.").

**AFFIRMED.**

---

[1] The district court denied a COA, and we initially denied a COA as unnecessary. A COA is, however, now necessary to pursue this appeal. *See Hayward*, 603 F.3d at 554.